La O Flores Salazar, demandante y apelante, *v.* Francisco Angleró Dejarden, Eduvigis, Modesta Angleró Rivera y Concepción Guardiola, demandados y apelados.

No. 5691.—*Sometido:* Noviembre 23, 1931. *Resuelto:* Diciembre 4, 1931.

*José Martínez Dávila,* abogado del apelante; *V. M. Fernández,* abogado de los apelados Angleró; *R. H. Blondet* y *E. Díaz Santana,* abogados del apelado Guardiola.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Además del legajo de sentencia tenemos en los autos a la vista el alegato del apelante, una moción para desestimar y alegatos en pro y en contra a la moción.

Del alegato del apelante aparece que éste trataba de cancelar un contrato de venta alegando que era simulado y de evadir el pago de los pagarés e hipoteca otorgados como precio de la venta. La moción de desestimación se fundaba, en efecto, en que no había sido elevada a esta corte parte alguna de la prueba practicada en el juicio. Generalmente tal moción es declarada sin lugar si del legajo de sentencia surge la posibilidad de una cuestión de derecho. Sin embargo, en el presente caso el alegato del apelante nos convence de que todas las cuestiones suscitadas exigen un examen de la prueba sometida a la corte inferior. Por ejemplo, el apelante sostiene que cuando el notario no da fe del recibo del precio, existe la presunción de que la escritura se hizo gratuitamente. Empero, cuando ha habido un juicio, esta presunción puede haber sido destruída, y presuntiva-

mente lo fué. De igual modo el apelante hace algún hincapié en la discrepancia relativa a las fechas de las escrituras. Esta situación, de existir, pudo ser explicada durante el juicio, aun suponiendo que los actos de que se queja no pudiesen haber sido considerados como contemporáneos. Bajo estas circunstancias, como la apelación solamente envuelve cuestiones de hecho y no tenemos ante nos los datos suficientes para considerarla, *el recurso debe ser desestimado.*